■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL ROBERTS, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court (Delin, J.), imposed September 19, 1986.

Ordered that the sentence is affirmed and the case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mollen, P. J., Mangano, Weinstein and Kunzeman, JJ., concur.